UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAC BRAVER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>- against –<br><br>DIVERSIFIED ADJUSTMENT SERVICE, INC.<br><br>                Defendant. | Docket No. 7:22-cv-9390<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Diversified Adjustment Service, Inc. ("Defendant") hereby gives notice of the removal of this action from the Supreme Court of the State of New York, County of Orange, where it is now pending, to the United States District Court for the Southern District of New York. In support of this Notice of Removal, Defendant states that:

1. On September 29, 2022, Plaintiff filed a Summons and Complaint in this action styled *Isac Braver, individually and on behalf of all others similarly situated v. Diversified Adjustment Service, Inc.,* bearing Index No. EF005486-2022 before the Supreme Court of the State of New York, County of Orange. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served upon Defendant in the state court action are annexed hereto as **Exhibit A**.

2. Defendant first received notice of this lawsuit when it was served with the Summons and Complaint on October 3, 2022.

3. The Summons and Complaint alleges, in sum and substance, that the Defendant violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.*. Accordingly, this action may be removed pursuant to 28 U.S.C. § 1441 as this Court has federal question

jurisdiction under 28 U.S.C. §1331.  Additionally, the Court has supplemental jurisdiction over any state law claims pursuant to 28 U.S.C. § 1367.

4. Plaintiff's Complaint alleges that Defendant's actions, among other things, "caused Plaintiff to expend time and money, in reliance on the improper content of the Letter and lack of consistent sensible information…", "caused Plaintiff to suffer concrete and particularized harm", that "Plaintiff would have pursued a different course of action were it not for Defendant DAS's violations", and that "Plaintiff's reliance on the letter, and resulting inaction/non-payment, caused the Defendant's furnishment, and ultimate dissemination, of negative credit reporting to the Plaintiff's financial and reputational detriment." See Exhibit A, Complaint at ¶¶ 48, 49, 52, and 59. Among other things, Plaintiff's Complaint also seeks actual damages and statutory damages. Id. at ¶¶ 66, 71, 76, 83, and Prayer for Relief.

5. This Notice of Removal is timely filed within thirty (30) days after Defendant first received a copy of the initial pleadings setting forth the claims for relief and existence of federal questions jurisdiction. 28 U.S.C. §1446(b); See Boone v. Thane, 07-CV-4358 (SLT)(VVP), 2009 WL 910556 at *2 (E.D.N.Y. March 31, 2009); citing Fernandez v. Hale Trailer Brake & Wheel, 332 F.Supp.2d 621, 624 (S.D.N.Y. 2004).

6. A civil cover sheet accompanies this Notice of Removal.

7. Written notice of this Notice of Removal will be filed in the Supreme Court of the State of New York, County of Orange.

**WHEREFORE,** Defendant Diversified Adjustment Service, Inc. respectfully requests that this action be removed from the Supreme Court of the State of New York, County of Orange to the United States District Court for the Southern District of New York.

Dated: New York, New York
November 2, 2022

                                        HINSHAW & CULBERTSON LLP
                                        *Attorneys for Defendant*
                                        *Diversified Adjustment Service, Inc.*

                            By:    *s/Dana B. Briganti*
                                      Dana B. Briganti
                                      800 Third Avenue, 13th Floor
                                      New York, NY 10022
                                      Tel: (212) 471-6200
                                      Fax: (212) 935-1166
                                      Email: dbriganti@hinshawlaw.com

TO:    Christofer Merritt, Esq.
         Stein Saks, PLLC
         One University Place, Suite 620
         Hackensack, NJ 07601
         Tel: (201) 282-6500
         Fax: (201) 282-6501
         Email: cmerritt@steinsakslegal.com
         *Attorneys for Plaintiff*