```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAC BRAVER, *individually and on behalf of all others similarly situated*,

                Plaintiff,

v.

DIVERSIFIED ADJUSTMENT SERVICE, INC.,
                Defendant.

No. 22-cv-9390 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

    On December 5, 2023, this Court issued an Opinion and Order granting Defendant's motion to dismiss Plaintiff's Complaint. (ECF No. 17.) The Opinion and Order gave Plaintiff leave to file an amended complaint by February 7, 2024. (*Id.*) Plaintiff was warned that "[i]f Plaintiff fails to timely file an Amended Complaint, those claims dismissed without prejudice by this order will be deemed dismissed with prejudice." (*Id.*) As of April 14, 2025, Plaintiff has not filed an amended complaint. Accordingly, it is hereby

    ORDERED that Plaintiff's claims be dismissed with prejudice.

    The Clerk of Court is respectfully directed to terminate the action.

Dated:  April 14, 2025
          White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1