**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ISAC BRAVER, individually and on behalf of all
others similarly situated,

                Plaintiff,

     -against-                                   22 **CIVIL** 9390 (NSR)

                                           **JUDGMENT**

DIVERSIFIED ADJUSTMENT SERVICE, INC.,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 14, 2025, an Opinion and Order granting Defendant's motion to dismiss Plaintiff's Complaint was issued by this Court. (ECF No. 17.) The Opinion and Order gave Plaintiff leave to file an amended complaint by February 7, 2024. (Id.) Plaintiff was warned that "[i]f Plaintiff fails to timely file an Amended Complaint, those claims dismissed without prejudice by this order will be deemed dismissed with prejudice." (Id.) As of April 14, 2025, Plaintiff has not filed an amended complaint. It is hereby ORDERED that Plaintiff's claims be dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       April 15, 2025

                                       **TAMMI M HELLWIG**

                                   _____

                                         **Clerk of Court**

                **BY:**             K. mango

                                     _____

                                         **Deputy Clerk**